UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00118-LRH-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

Before the court is defendant Jaswinder Singh's Motion to Provide PSI to Advocacy Organization (ECF No. 55[1]). Defendant seeks a copy of his Presentence Investigation Report ("PSI") prepared by the United States Probation Office pursuant to F.R.Cr.P. 32 to be forwarded to a third party.

The PSI is prepared for the benefit of the court at sentencing and it is the policy of the federal judiciary and the Department of Justice that redisclosure of the Presentence Investigation Report is prohibited without the consent of the sentencing judge.

The court has reviewed the grounds cited by defendant for release of the report to a private company identified as Jail Time Consulting LLC ("Jail Time") to advocate for him in the event the Bureau of Prisons overlooks or misinterprets an entry in the PSI that causes a benefit of the system to be withheld from defendant Singh while incarcerated. Not only has there been no qualification or limitation attributed to Jail

---

[1] Refers to the court's docket number.

Time, but such use is clearly beyond the primary purposes of the PSI to provide broad, meaningful, reliable and often sensitive information to the court for the specific and limited purpose of sentencing. The PSI is not intended to be used and to serve as a crosscheck by third parties upon the manner and means of incarceration of federal prisoners by the Bureau of Prisons.

Accordingly, defendant's Motion to Provide PSI to Advocacy Organization (ECF No. 55) is DENIED.

IT IS SO ORDERED.

DATED this 14th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE